WANDER & ASSOCIATES, P.C.
David H. Wander, Esq. (DHW#0145)
641 Lexington Avenue, 21st Floor
New York, New York  10022
(212) 751-9700
*Attorneys for Appellant Mark Daley*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| CALPINE CORPORATION, et al. | Case No. 05-60200 (BRL) |
| | Jointly Administered |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEAL

Mark Daley, by his attorneys, Wander & Associates, P.C., pursuant to 28 U.S.C. § 158 (a) and Federal Rule of Bankruptcy Procedure 8001(a), hereby appeals to the United States District Court for the Southern District of New York from the Memorandum Decision and Order Granting Debtors' Motion To Disallow Claim For Bonus Compensation entered on March 12, 2008, in the United States Bankruptcy Court for the Southern District of New York (Dkt. No. 7716).

The opposing party to the order appealed from is the debtor Calpine Corporation et al. and the name, address and phone number of its counsel is:  Kirkland & Ellis LLP, Anthony Casey, Esq., 200 E. Randolph Dr., Chicago, IL 60601; (312)-861-2418.

Dated:  New York, New York
         March 21, 2008

Wander & Associates, P.C.
Attorneys for Appellant Mark Daley

By:  /s/ David H. Wander
      David H. Wander (DHW#0145)
641 Lexington Avenue, 21st Floor
New York, NY  10022
(212) 751-9700