WANDER & ASSOCIATES, P.C.
Attorneys for Appellant Mark Daley
641 Lexington Avenue, 21st Floor
New York, New York  10022
(212) 751-9700
David Wander, Esq. (DW#0145)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In re                                                                    Chapter 11

Calpine Corporation, et al.,                                             Case No. 05-60200 (BRL)

                                 Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## APPELLANT'S STATEMENT OF ISSUES ON APPEAL
## AND DESIGNATION OF ITEMS TO BE INCLUDED IN
## <u>RECORD ON APPEAL</u>

Appellant Mark Daley, by his attorneys, Wander & Associates, P.C., hereby submits his statement of issues on appeal and designation of the record on appeal, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

## <u>STATEMENT OF ISSUES</u>

1. Did the Bankruptcy Court err in finding that the Calpine Marketing and Sales 2003 Incentive Plan (the "MS Plan") provides Calpine Corporation ("Calpine") unrestricted discretion regarding the decision to fund or not fund the bonus pool?

2. Did the Bankruptcy Court err in finding that the MS Plan provides Calpine unrestricted discretion regarding the decision to pay or not pay bonus compensation?

3. Did the Bankruptcy Court err as a matter of law in failing to conclude that the determination by Calpine's Chairman not to recommend funding of the 2005 bonus pool breached Section IX of the MS Plan?

4. Did the Bankruptcy Court err as a matter of law in failing to conclude that the determination by Calpine's Chairman not to recommend funding of the 2005 bonus pool violated the implied covenant of good faith and fair dealing?

5. Did the Bankruptcy Court err as a matter of law in concluding that Calpine's decision to not pay bonuses for the year 2005 was expressly permitted by the MS Plan?

6. Did the Bankruptcy Court err as a matter of law in concluding that Mark Daley's proof of claim (the "Claim") was legally insufficient?

7. Did the Bankruptcy Court err as a matter of law by failing to apply the proper standard of review in granting what was, in effect, a motion to dismiss for failure to state a claim upon which relief may be granted?

8. Did the Bankruptcy Court err as a matter of law in concluding that the doctrine of promissory estoppel was unavailing to support the Claim?

9. Did the Bankruptcy Court err as a matter of law in concluding that the doctrine of estoppel by conduct was unavailing to support the Claim?

10. Did the Bankruptcy Court err as a matter of law in concluding that the doctrine of unjust enrichment was unavailing to support the Claim?

**DESIGNATION OF RECORD**

| Item No. | Docket No. | Document |
|---|---|---|
| 1. | TBD or Claim #6027 | Proof of Claim by Mark Daley |
| 2. | 9 | Debtors' motion for an Order authorizing payment of certain prepetition property tax claims |

| | | |
|---|---|---|
| 3. | 13 | Debtors' motion for authorization to pay prepetition sales, use and franchise taxes. |
| 4. | 269 | Debtors' motion for an Order establishing procedures for interim compensation and reimbursement of expenses of professionals |
| 5. | 1054 | Debtors' motion for entry of an amended Order authorizing payment of certain prepetition property tax claims |
| 6. | 1275 | Statement of Financial Affairs for Calpine Corporation |
| 7. | 1717 | Bankruptcy Court's Order signed on 05/24/2006 granting application for interim professional compensation |
| 8. | 5673 | Debtors' twentieth omnibus objection to Proofs of Claim |
| 9. | 5674 | Affidavit of Craig Chancellor in support of Debtors' twentieth omnibus objection to Proofs of Claim |
| 10. | 6013 | Affidavit in opposition to Debtor's twentieth omnibus claim objection by Mark Daley |
| 11. | 6014 | Response to Debtor's 20th omnibus claim objection by Mark Daley |
| 12. | 6017 | Opposition Exhibits by Mark Daley |
| 13. | 7491 | Debtors' Reply in support of the Debtor's twentieth omnibus objection to Proofs of Claim with regard to Claim No. 6027 filed by Mark Daley |
| 14. | 7491 | Declaration of Casey Gunnell |
| 15. | 7698 | Motion on applications of professionals for allowance of eighth and final interim compensation for services rendered and for reimbursement of actual and necessary expenses |
| 16. | 7699 | Memorandum of Law by Mark Daley |
| 17. | 7699 | Supplemental Affidavit By Mark Daley |
| 18. | 7716 | Bankruptcy Court's Memorandum and Decision |
| 19. | 7732 | Notice of Appeal (Entered: 3/23/2008) |

Dated:  New York, New York             Wander & Associates, P.C.
       April 1, 2008                   Attorneys for Appellant

                                                 By:   /s/ David Wander
                                                       David Wander (DW-0145)
                                         641 Lexington Avenue, 21st Floor
                                         New York, NY  10022
                                         (212) 751-9700