KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Marc Kieselstein (admitted *pro hac vice*)
David R. Seligman (admitted *pro hac vice*)
Edward O. Sassower (ES 5823)
Anthony J. Casey (admitted *pro hac vice*)
Counsel for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | )<br>)<br>) Chapter 11 |
| Calpine Corporation, et al., | )<br>)<br>) Case No. 05-60200 (BRL) |
| Debtors. | ) Jointly Administered<br>) |

**THE DEBTORS' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL
IN THE APPEAL FROM THE MEMORANDUM
DECISION AND ORDER GRANTING DEBTORS' MOTION
TO DISALLOW CLAIM FOR BONUS COMPENSATION
(REGARDING CLAIM NO. 6027 FILED BY MARK DALEY)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") designate the following additional items to be included in the record on appeal for the appeal by Mark Daley from the March 12, 2008, Memorandum Decision and Order Granting Debtors' Motion to Disallow Claim for Bonus Compensation:

| Docket No. | Document |
|---|---|
| 1174 | Debtors' Motion for an Order Authorizing the Implementation of the Calpine Incentive Program |
| 1580 | Order signed on 5/15/2006 Authorizing the Implementation of the Calpine Incentive Program |

Dated: April 9, 2008
     New York, New York

Respectfully submitted,

/s/Anthony J. Casey
Richard M. Cieri (RC 6062)
Marc Kieselstein (admitted *pro hac vice*)
David R. Seligman (admitted *pro hac vice*)
Edward O. Sassower (ES 5823)
Anthony J. Casey (admitted *pro hac vice*)
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

Counsel for the Debtors

2