**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CALPINE CORPORATION, *ET AL.*,<br><br>                Reorganized Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 05-60200 (BRL)<br>) Jointly Administered<br>) |
| MARK DALEY,<br>                Appellant,<br>     v.<br><br>CALPINE CORPORATION, *ET AL.*,<br><br>                Appellees. | )<br>)<br>) Case No. 08-CV-03880 (DAB)<br>)<br>) ECF Case<br>)<br>)<br>)<br>) |

**DISCLOSURE STATEMENT OF APPELLEES CALPINE CORPORATION, ET AL.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Calpine Corporation and 274 of its subsidiaries, which include those entities listed on Attachment A attached hereto (collectively, the "Appellees"), nongovernmental corporate parties in this case, hereby certify the following:

**I.    Parent Corporations.**

Calpine Corporation is the parent corporation of the Appellees.

**II.    Publicly Held Companies Owning 10% or More Of Its Stock.**

As of April 29, 2008, the following publicly held company owned 10% or more of Calpine Corporations' outstanding common stock: Franklin Resources, Inc.

| | |
|---|---|
| Dated: May 1, 2008<br>New York, New York | Respectfully submitted,<br><br>/s/ Edward O. Sassower<br>Edward O. Sassower (ES 5823)<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, New York  10022-4611<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br><br>Mark S. Lillie<br>Anthony J. Casey (AC 9133)<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois, 60601<br>Telephone: (312) 861-2000<br>Facsimile:  (312) 861-2200<br><br>*Counsel for the Debtors* |

**EXHIBIT A**

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Kennedy Operators, Inc. | 05-60199 | 12/20/2005 |
| Calpine Corporation | 05-60200 | 12/20/2005 |
| Calpine Administrative Services Company, Inc. | 05-60201 | 12/20/2005 |
| Calpine Power Company | 05-60202 | 12/20/2005 |
| Calpine Fuels Corporation | 05-60203 | 12/20/2005 |
| Calpine Finance Company | 05-60204 | 12/20/2005 |
| Calpine International Holdings, Inc. | 05-60205 | 12/20/2005 |
| Calpine Operations Management Company, Inc. | 05-60206 | 12/20/2005 |
| Calpine Energy Holdings, Inc. | 05-60207 | 12/20/2005 |
| Calpine Energy Services Holdings, Inc. | 05-60208 | 12/20/2005 |
| CPN Energy Services GP, Inc. | 05-60209 | 12/20/2005 |
| CPN Energy Services LP, Inc. | 05-60210 | 12/20/2005 |
| Calpine PowerAmerica, Inc. | 05-60211 | 12/20/2005 |
| Calpine PowerAmerica, LP | 05-60212 | 12/21/2005 |
| Calpine PowerAmerica - CA, LLC | 05-60213 | 12/21/2005 |
| Calpine PowerAmerica - CT, LLC | 05-60214 | 12/21/2005 |
| Calpine PowerAmerica - MA, LLC | 05-60215 | 12/21/2005 |
| Calpine PowerAmerica - ME, LLC | 05-60216 | 12/21/2005 |
| Calpine Producer Services, LP | 05-60217 | 12/21/2005 |
| CES GP, LLC | 05-60218 | 12/21/2005 |
| Calpine Capital Trust V | 05-60221 | 12/21/2005 |
| Calpine Energy Services, LP | 05-60222 | 12/21/2005 |
| Amelia Energy Center, LP | 05-60223 | 12/21/2005 |
| Bellingham Cogen, Inc. | 05-60224 | 12/21/2005 |
| Bethpage Energy Center 3, LLC | 05-60225 | 12/21/2005 |
| Anacapa Land Company, LLC | 05-60226 | 12/21/2005 |
| Calpine Freestone Energy GP, LLC | 05-60227 | 12/21/2005 |
| Bethpage Fuel Management Inc. | 05-60228 | 12/21/2005 |
| CalGen Finance Corp. | 05-60229 | 12/21/2005 |
| Calpine Freestone Energy, LP | 05-60230 | 12/21/2005 |
| Calpine Freestone, LLC | 05-60231 | 12/21/2005 |
| Anderson Springs Energy Company | 05-60232 | 12/21/2005 |
| Calpine Cogeneration Corporation | 05-60233 | 12/21/2005 |
| Calpine Gas Holdings LLC | 05-60234 | 12/21/2005 |
| Blue Heron Energy Center LLC | 05-60235 | 12/21/2005 |
| CalGen Project Equipment Finance Company One, LLC | 05-60236 | 12/21/2005 |
| Calpine Generating Company, LLC | 05-60237 | 12/21/2005 |
| Blue Spruce Holdings, LLC | 05-60238 | 12/21/2005 |
| Androscoggin Energy, Inc. | 05-60239 | 12/21/2005 |
| Calpine Gilroy 1, Inc. | 05-60240 | 12/21/2005 |
| Calpine Gilroy 2, Inc. | 05-60241 | 12/21/2005 |
| Broad River Energy LLC | 05-60242 | 12/21/2005 |
| Calpine Gilroy Cogen, L.P. | 05-60243 | 12/21/2005 |
| Auburndale Peaker Energy Center, LLC | 05-60244 | 12/21/2005 |
| Broad River Holdings, LLC | 05-60245 | 12/21/2005 |

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Global Services Company, Inc. | 05-60246 | 12/21/2005 |
| Calpine Corpus Christi Energy GP, LLC | 05-60247 | 12/21/2005 |
| Augusta Development Company, LLC | 05-60248 | 12/21/2005 |
| CalGen Equipment Finance Company, LLC | 05-60249 | 12/21/2005 |
| Calpine c*Power, Inc. | 05-60250 | 12/21/2005 |
| CalGen Equipment Finance Holdings, LLC | 05-60251 | 12/21/2005 |
| Aviation Funding Corp. | 05-60252 | 12/21/2005 |
| CalGen Expansion Company, LLC | 05-60253 | 12/21/2005 |
| Calpine Decatur Pipeline, L.P. | 05-60254 | 12/21/2005 |
| Baytown Energy Center, LP | 05-60255 | 12/21/2005 |
| Baytown Power GP, LLC | 05-60256 | 12/21/2005 |
| Calpine East Fuels, Inc. | 05-60257 | 12/21/2005 |
| Baytown Power, LP | 05-60258 | 12/21/2005 |
| CalGen Project Equipment Finance Company Three, LLC | 05-60259 | 12/21/2005 |
| Calpine Construction Management Company, Inc. | 05-60260 | 12/21/2005 |
| Calpine Corpus Christi Energy LP | 05-60261 | 12/21/2005 |
| CalGen Project Equipment Finance Company Two, LLC | 05-60262 | 12/21/2005 |
| Calpine Decatur Pipeline, Inc. | 05-60263 | 12/21/2005 |
| Calpine Dighton, Inc. | 05-60264 | 12/21/2005 |
| Calpine Acadia Holdings, LLC | 05-60265 | 12/21/2005 |
| Calpine Eastern Corporation | 05-60266 | 12/21/2005 |
| CCFC Development Company, LLC | 05-60267 | 12/21/2005 |
| Calpine Agnews, Inc. | 05-60268 | 12/21/2005 |
| CCFC Equipment Finance Company, LLC | 05-60269 | 12/21/2005 |
| Calpine Amelia Energy Center GP, LLC | 05-60270 | 12/21/2005 |
| CCFC Project Equipment Finance Company One, LLC | 05-60271 | 12/21/2005 |
| Calpine Amelia Energy Center LP, LLC | 05-60272 | 12/21/2005 |
| Celtic Power Corporation | 05-60273 | 12/21/2005 |
| CGC Dighton, LLC | 05-60274 | 12/21/2005 |
| Channel Energy Center, LP | 05-60275 | 12/21/2005 |
| Channel Power GP, LLC | 05-60276 | 12/21/2005 |
| Channel Power LP | 05-60277 | 12/21/2005 |
| Clear Lake Cogeneration Limited Partnership | 05-60278 | 12/21/2005 |
| Calpine Gordonsville GP Holdings, LLC | 05-60281 | 12/21/2005 |
| Calpine Gordonsville LP Holdings, LLC | 05-60282 | 12/21/2005 |
| Calpine Gordonsville, LLC | 05-60283 | 12/21/2005 |
| Calpine Greenleaf Holdings, Inc. | 05-60284 | 12/21/2005 |
| Calpine Greenleaf, Inc. | 05-60285 | 12/21/2005 |
| Calpine Northbrook Holdings Corporation | 05-60286 | 12/21/2005 |
| CPN Clear Lake, Inc. | 05-60287 | 12/21/2005 |
| Calpine International, LLC | 05-60288 | 12/21/2005 |
| Calpine Investment Holdings, LLC | 05-60289 | 12/21/2005 |
| CPN Decatur Pipeline, Inc. | 05-60290 | 12/21/2005 |
| Calpine Northbrook Investors, LLC | 05-60291 | 12/21/2005 |
| CPN Power Services, LP | 05-60292 | 12/21/2005 |
| CPN Freestone, LLC | 05-60293 | 12/21/2005 |
| Calpine Kennedy Airport, Inc. | 05-60294 | 12/21/2005 |

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Northbrook Project Holdings, LLC | 05-60295 | 12/21/2005 |
| CPN Funding, Inc. | 05-60296 | 12/21/2005 |
| Calpine Leasing, Inc. | 05-60297 | 12/21/2005 |
| Calpine Long Island, Inc. | 05-60298 | 12/21/2005 |
| Calpine Northbrook Services LLC | 05-60299 | 12/21/2005 |
| CPN Pryor Funding Corporation | 05-60300 | 12/21/2005 |
| CPN Morris, Inc. | 05-60301 | 12/21/2005 |
| Calpine Pastoria Holdings, LLC | 05-60302 | 12/21/2005 |
| CPN Oxford, Inc. | 05-60303 | 12/21/2005 |
| Calpine Northbrook Southcoast Investors, LLC | 05-60304 | 12/21/2005 |
| Calpine Philadelphia, Inc. | 05-60305 | 12/21/2005 |
| CPN Telephone Flat, Inc. | 05-60306 | 12/21/2005 |
| Calpine Pittsburg, LLC | 05-60307 | 12/21/2005 |
| Calpine NTC, LP | 05-60308 | 12/21/2005 |
| CPN Pipeline Company | 05-60309 | 12/21/2005 |
| Calpine Power Equipment, LP | 05-60310 | 12/21/2005 |
| Calpine Oneta Power I, LLC | 05-60311 | 12/21/2005 |
| CPN Pleasant Hill Operating, LLC | 05-60312 | 12/21/2005 |
| Decatur Energy Center, LLC | 05-60313 | 12/21/2005 |
| Calpine Lost Pines Operations, Inc. | 05-60314 | 12/21/2005 |
| Calpine Oneta Power II, LLC | 05-60315 | 12/21/2005 |
| Calpine Power Inc. | 05-60316 | 12/21/2005 |
| CPN Pleasant Hill, LLC | 05-60317 | 12/21/2005 |
| Calpine Oneta Power, LP | 05-60318 | 12/21/2005 |
| Calpine Power Management, Inc. | 05-60319 | 12/21/2005 |
| Calpine Baytown Energy Center LP, LLC | 05-60320 | 12/21/2005 |
| CPN Power Services GP, LLC | 05-60321 | 12/21/2005 |
| Calpine Operating Services Company, Inc. | 05-60322 | 12/21/2005 |
| Calpine Power Services, Inc. | 05-60323 | 12/21/2005 |
| Calpine Project Holdings, Inc. | 05-60324 | 12/21/2005 |
| Calpine Capital Trust | 05-60325 | 12/21/2005 |
| Calpine Pryor, Inc. | 05-60326 | 12/21/2005 |
| Calpine Rumford I, Inc. | 05-60327 | 12/21/2005 |
| Calpine Louisiana Pipeline Company | 05-60328 | 12/21/2005 |
| Calpine Central Texas GP, Inc. | 05-60329 | 12/21/2005 |
| Calpine Bethpage 3 Pipeline Construction Company, Inc. | 05-60330 | 12/21/2005 |
| Calpine Magic Valley Pipeline, Inc. | 05-60331 | 12/21/2005 |
| Magic Valley Pipeline, LP | 05-60332 | 12/21/2005 |
| Calpine Central, Inc. | 05-60333 | 12/21/2005 |
| MEP Pleasant Hill, LLC | 05-60334 | 12/21/2005 |
| Fontana Energy Center, LLC | 05-60335 | 12/21/2005 |
| Northwest Cogeneration, Inc. | 05-60336 | 12/21/2005 |
| MOAPA Energy Center, LLC | 05-60337 | 12/21/2005 |
| Calpine Central-Texas, Inc. | 05-60338 | 12/21/2005 |
| Freestone Power Generation, LP | 05-60339 | 12/21/2005 |
| Calpine Channel Energy Center GP, LLC | 05-60340 | 12/21/2005 |
| Calpine Monterey Cogeneration, Inc. | 05-60341 | 12/21/2005 |

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Bethpage 3, LLC | 05-60342 | 12/21/2005 |
| Calpine Channel Energy Center LP, LLC | 05-60343 | 12/21/2005 |
| Mobile Energy LLC | 05-60344 | 12/21/2005 |
| Calpine Clear Lake Energy GP, LLC | 05-60345 | 12/21/2005 |
| Modoc Power, Inc. | 05-60346 | 12/21/2005 |
| GEC Bethpage Inc. | 05-60347 | 12/21/2005 |
| Calpine MVP, Inc. | 05-60348 | 12/21/2005 |
| Calpine Clear Lake Energy, LP | 05-60349 | 12/21/2005 |
| NTC GP, LLC | 05-60350 | 12/21/2005 |
| Calpine Central, LP | 05-60351 | 12/21/2005 |
| Calpine CalGen Holdings, Inc. | 05-60352 | 12/21/2005 |
| Morgan Energy Center, LLC | 05-60353 | 12/21/2005 |
| Thomassen Turbine Systems America, Inc. | 05-60354 | 12/21/2005 |
| Calpine California Development Company, LLC | 05-60355 | 12/21/2005 |
| Nueces Bay Energy, LLC | 05-60356 | 12/21/2005 |
| Tiverton Power Associates, LP | 05-60357 | 12/21/2005 |
| Geysers Power Company II LLC | 05-60358 | 12/21/2005 |
| Calpine NCTP GP, LLC | 05-60359 | 12/21/2005 |
| Calpine California Energy Finance, LLC | 05-60360 | 12/21/2005 |
| Mount Hoffman Geothermal Company, LP | 05-60361 | 12/21/2005 |
| JMC Bethpage, Inc. | 05-60362 | 12/21/2005 |
| Deer Park Power GP, LLC | 05-60363 | 12/21/2005 |
| VEC Holdings, LLC | 05-60365 | 12/21/2005 |
| KIAC Partners | 05-60366 | 12/21/2005 |
| Odyssey Land Acquisition Company | 05-60367 | 12/21/2005 |
| Venture Acquisition Company | 05-60368 | 12/21/2005 |
| Lake Wales Energy Center, LLC | 05-60369 | 12/21/2005 |
| Deer Park Power, LP | 05-60370 | 12/21/2005 |
| Lawrence Energy Center, LLC | 05-60371 | 12/21/2005 |
| Cogenamerica Asia, Inc. | 05-60372 | 12/21/2005 |
| Vineyard Energy Center, LLC | 05-60373 | 12/21/2005 |
| O.L.S. Energy-Agnews, Inc. | 05-60374 | 12/21/2005 |
| Delta Energy Center, LLC | 05-60375 | 12/21/2005 |
| Mt. Vernon Energy LLC | 05-60376 | 12/21/2005 |
| Calpine Calistoga Holdings, LLC | 05-60377 | 12/21/2005 |
| Wawayanda Energy Center, LLC | 05-60378 | 12/21/2005 |
| Calpine Capital Trust II | 05-60379 | 12/21/2005 |
| Zion Energy LLC | 05-60380 | 12/21/2005 |
| Newsouth Energy LLC | 05-60381 | 12/21/2005 |
| Dighton Power Associates, LP | 05-60382 | 12/21/2005 |
| Cogenamerica Parlin Supply Corporation | 05-60383 | 12/21/2005 |
| Calpine Capital Trust III | 05-60384 | 12/21/2005 |
| Pajaro Energy Center, LLC | 05-60385 | 12/21/2005 |
| East Altamont Energy Center, LLC | 05-60386 | 12/21/2005 |
| Pastoria Energy Center, LLC | 05-60387 | 12/21/2005 |
| Nissequogue Cogen Partners | 05-60388 | 12/21/2005 |
| Geysers Power I Company | 05-60389 | 12/21/2005 |

| Name | Case No. | Date Filed |
|---|---|---|
| Goldendale Energy Center, LLC | 05-60390 | 12/21/2005 |
| Calpine Capital Trust IV | 05-60391 | 12/21/2005 |
| Hammond Energy LLC | 05-60393 | 12/21/2005 |
| Hillabee Energy Center, LLC | 05-60394 | 12/21/2005 |
| Phipps Bend Energy Center, LLC | 05-60395 | 12/21/2005 |
| Pine Bluff Energy, LLC | 05-60396 | 12/21/2005 |
| Idlewild Fuel Management Corp. | 05-60397 | 12/21/2005 |
| Power Investors, LLC | 05-60398 | 12/21/2005 |
| Power Systems Mfg. LLC | 05-60399 | 12/21/2005 |
| Quintana Canada Holdings, LLC | 05-60400 | 12/21/2005 |
| Rockgen Energy LLC | 05-60401 | 12/21/2005 |
| Lone Oak Energy Center, LLC | 05-60403 | 12/21/2005 |
| Los Esteros Critical Energy Facility, LLC | 05-60404 | 12/21/2005 |
| Los Medanos Energy Center, LLC | 05-60405 | 12/21/2005 |
| Calpine NCTP, LP | 05-60406 | 12/21/2005 |
| Magic Valley Gas Pipeline GP, LLC | 05-60407 | 12/21/2005 |
| Magic Valley Gas Pipeline LP | 05-60408 | 12/21/2005 |
| Calpine Northbrook Corporation of Maine, Inc. | 05-60409 | 12/21/2005 |
| Pastoria Energy Facility, LLC | 05-60410 | 12/21/2005 |
| Russell City Energy Center, LLC | 05-60411 | 12/21/2005 |
| Fond Du Lac Energy Center, LLC | 05-60412 | 12/21/2005 |
| San Joaquin Valley Energy Center, LLC | 05-60413 | 12/21/2005 |
| Calpine Rumford, Inc. | 05-60414 | 12/21/2005 |
| Skipanon Natural Gas, LLC | 05-60415 | 12/21/2005 |
| Calpine Schuylkill, Inc. | 05-60416 | 12/21/2005 |
| South Point Energy Center, LLC | 05-60417 | 12/21/2005 |
| Calpine Northbrook Energy Holdings, LLC | 05-60418 | 12/21/2005 |
| South Point Holdings, LLC | 05-60419 | 12/21/2005 |
| Calpine Siskiyou Geothermal Partners, L.P. | 05-60420 | 12/21/2005 |
| Philadelphia Biogas Supply Inc. | 05-60421 | 12/21/2005 |
| Stony Brook Cogeneration, Inc. | 05-60422 | 12/21/2005 |
| Calpine Sonoran Pipeline, LLC | 05-60423 | 12/21/2005 |
| Calpine Stony Brook Operators, Inc. | 05-60424 | 12/21/2005 |
| Calpine Stony Brook Power Marketing, LLC | 05-60425 | 12/21/2005 |
| Calpine Stony Brook, Inc. | 05-60426 | 12/21/2005 |
| Calpine Sumas, Inc. | 05-60427 | 12/21/2005 |
| Stony Brook Fuel Management Corp. | 05-60428 | 12/21/2005 |
| Calpine TCCL Holdings, Inc. | 05-60429 | 12/21/2005 |
| Sutter Dryers, Inc. | 05-60430 | 12/21/2005 |
| Calpine Northbrook Energy, LLC | 05-60431 | 12/21/2005 |
| TBG Cogen Partners | 05-60432 | 12/21/2005 |
| Calpine Texas Pipeline GP, Inc. | 05-60433 | 12/21/2005 |
| Texas City Cogeneration, LP | 05-60434 | 12/21/2005 |
| Texas Cogeneration Company | 05-60435 | 12/21/2005 |
| Texas Cogeneration Five, Inc. | 05-60436 | 12/21/2005 |
| Texas Cogeneration One Company | 05-60437 | 12/21/2005 |
| Thermal Power Company | 05-60438 | 12/21/2005 |

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Texas Pipeline LP, Inc. | 05-60439 | 12/21/2005 |
| Columbia Energy LLC | 05-60440 | 12/21/2005 |
| Corpus Christi Cogeneration, LP | 05-60441 | 12/21/2005 |
| CPN 3rd Turbine, Inc. | 05-60443 | 12/21/2005 |
| CPN Acadia, Inc. | 05-60444 | 12/21/2005 |
| CPN Berks Generation, Inc. | 05-60445 | 12/21/2005 |
| CPN Berks LLC | 05-60446 | 12/21/2005 |
| Calpine Texas Pipeline, L.P. | 05-60447 | 12/21/2005 |
| CPN Bethpage 3rd Turbine Inc. | 05-60448 | 12/21/2005 |
| CPN Cascade, Inc. | 05-60449 | 12/21/2005 |
| Calpine Tiverton I, Inc. | 05-60450 | 12/21/2005 |
| Calpine Tiverton, Inc. | 05-60451 | 12/21/2005 |
| Calpine Auburndale Holdings, LLC | 05-60452 | 12/21/2005 |
| Calpine Baytown Energy Center GP, LLC | 05-60453 | 12/21/2005 |
| Calpine ULC I Holdings, LLC | 05-60454 | 12/21/2005 |
| Calpine University Power, Inc. | 05-60455 | 12/21/2005 |
| Calpine Unrestricted Funding, LLC | 05-60456 | 12/21/2005 |
| Calpine Unrestricted Holdings, LLC | 05-60458 | 12/21/2005 |
| Calpine Vapor, Inc. | 05-60459 | 12/21/2005 |
| Carville Energy LLC | 05-60460 | 12/21/2005 |
| NTC Five, Inc. | 05-60463 | 12/21/2005 |
| Calpine California Equipment Finance Company, LLC | 05-60464 | 12/27/2005 |
| Calpine KIA, Inc. | 05-60465 | 12/27/2005 |
| Calpine Power Management, LP | 05-60466 | 12/27/2005 |
| Rumford Power Associates, LP | 05-60467 | 12/27/2005 |
| Whatcom Cogeneration Partners, LP | 05-60468 | 12/27/2005 |
| Calpine East Fuels, LLC | 05-60476 | 12/29/2005 |
| Geothermal Energy Partners, LLC | 05-60477 | 12/29/2005 |
| Calpine Hidalgo, Inc. | 06-10026 | 1/8/2006 |
| Calpine Hidalgo Holdings, Inc. | 06-10027 | 1/8/2006 |
| Calpine Hidalgo Power, LP | 06-10028 | 1/8/2006 |
| Calpine Hidalgo Energy Center, L.P. | 06-10029 | 1/8/2006 |
| Calpine Hidalgo Power GP, LLC | 06-10030 | 1/8/2006 |
| Calpine PowerAmerica - NY, LLC | 06-10031 | 1/8/2006 |
| Calpine PowerAmerica - NH, LLC | 06-10032 | 1/8/2006 |
| Calpine PowerAmerica - OR, LLC | 06-10034 | 1/9/2006 |
| Calpine Hidalgo Design, L.P. | 06-10039 | 1/9/2006 |
| Geysers Power Company, LLC | 06-10197 | 2/3/2006 |
| Silverado Geothermal Resources, Inc. | 06-10198 | 2/3/2006 |
| Calpine Geysers Company, LP | 06-10939 | 5/2/2006 |
| Santa Rosa Energy Center, LLC | 07-12967 | 9/20/2007 |