**ORIGINAL**

Edward O. Sassower (ES 5823)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CALPINE CORPORATION, *ET AL.*,<br><br>                  Reorganized Debtors. | Chapter 11<br><br>Case No. 05-60200 (BRL)<br>Jointly Administered |
| MARK DALEY,<br><br>                  Appellant,<br>v.<br><br>CALPINE CORPORATION, *ET AL.*,<br><br>                  Appellees. | Case No. 08-cv-03880 (DAB)<br><br>ECF Case |

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Edward O. Sassower, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Applicant's Name: Anthony J. Casey
        Firm name: Kirkland & Ellis
        Address: 200 East Randolph Drive
        City / State / Zip: Chicago, IL 60601
        Phone Number: (312) 861-2000
        Fax Number: (312) 861-2200

Anthony J. Casey is a member in good standing of the Bar of the States of Illinois and New York. There are no pending disciplinary proceedings against Anthony J. Casey in any State or Federal court.

Dated: May 2, 2008
New York, New York

_____
Edward O. Sassower (ES 5823)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorney for the Reorganized Debtors

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CALPINE CORPORATION, *ET AL*.,<br><br>    Reorganized Debtors.<br><br>MARK DALEY,<br><br>    Appellant,<br>v.<br><br>CALPINE CORPORATION, *ET AL*.,<br><br>    Appellees. | Chapter 11<br><br>Case No. 05-60200 (BRL)<br>Jointly Administered<br><br><br>Case No. 08-cv-03880 (DAB)<br><br>ECF Case |

## AFFIDAVIT OF EDWARD O. SASSOWER
## IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

Edward O. Sassower, being duly sworn, hereby deposes and says as follows:

1. I am counsel for the Reorganized Debtors in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Reorganized Debtors' motion to admit Anthony J. Casey as counsel *pro hac vice* to represent the Reorganized Debtors in this matter.

2. I am a member in good standing of the bar of the New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Anthony J. Casey and I have been colleagues at Kirkland & Ellis LLP since he joined the firm in February of 2006.

4. Anthony J. Casey is an attorney at Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois, 60601.

5. I have found Anthony J. Casey to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Anthony J. Casey, *pro hac vice*.

7.  In support of this motion, I submit the Certificates of Good Standing of Anthony J. Casey, which are attached hereto as Exhibit A.

8.  I respectfully submit a proposed order gaining the admission of Anthony J. Casey, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Anthony J. Casey, *pro hac vice*, to represent Reorganized Debtors in the above-captioned matter, be granted.

Dated: May 2, 2008
New York, New York

Respectfully submitted,

*[signature]*
Edward O. Sassower

Sworn to before me
the 2nd day of May, 2008

*[signature]*
NOTARY PUBLIC

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010

-2-

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Anthony Joseph Casey

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 2003 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, April 30, 2008.

*Juleann Hornyak*

Clerk

Case 1:08-cv-03660-DAB   Document 5   Filed 05/02/2008   Page 5 of 9

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANTHONY JOSEPH CASEY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **7th** day of **July, 2005** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**April 30, 2008**

_____
Clerk of the Court

4302

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CALPINE CORPORATION, _ET AL._,<br><br>　　　　　　　Reorganized Debtors.<br><br>MARK DALEY,<br><br>　　　　　　　Appellant,<br>v.<br><br>CALPINE CORPORATION, _ET AL._,<br><br>　　　　　　　Appellees. | Chapter 11<br><br>Case No. 05-60200 (BRL)<br>Jointly Administered<br><br><br><br>Case No. 08-cv-03880 (DAB)<br><br>ECF Case |

## ORDER FOR ADMISSION _PRO HAC VICE_ ON WRITTEN MOTION

Upon the motion of Edward O. Sassower attorney for the Reorganized Debtors and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

　　　Applicant's Name: Anthony J. Casey

　　　Firm Name: Kirkland & Ellis

　　　Address: 200 East Randolph Drive

　　　City / State / Zip: Chicago, IL, 60601

　　　Telephone / Fax: (312) 861-2000; (312) 861-2200

　　　Email Address: acasey@kirkland.com

　　　is admitted to practice _pro hac vice_ as counsel for the Reorganized Debtors in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

-2-

Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

New York, New York

_____<br>United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>CALPINE CORPORATION, *ET AL.*,<br><br>        Reorganized Debtors. | ) Chapter 11<br>)<br>) Case No. 05-60200 (BRL)<br>) Jointly Administered |
| MARK DALEY,<br><br>        Appellant,<br>v.<br><br>CALPINE CORPORATION, *ET AL.*,<br><br>        Appellees. | ) Case No. 08-cv-03880 (DAB)<br>)<br>) ECF Case |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK )

    Magali L. Lee, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in New York, New York.

    On the 2nd day of May, 2008, I caused to be served a true copy of the Notice of Motion to Admit Counsel *Pro Hac Vice* to the party listed below by overnight courier.

David Wander, Esq.
Wander & Associates, P.C.
641 Lexington Avenue, 21st Floor
New York, NY 10022

                                                         */s/ Magali Lesprasse Lee*
                                                          Magali Lesprasse Lee

Sworn to before me this
2nd day of May, 2008

*/s/ Notary*
Notary Public

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 20___