

**WANDER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 751-9700
FACSIMILE: (212) 751-6820
E-MAIL: dwander@wanderlaw.com

May 5, 2008

*By Hand*
Hon. Deborah A. Batts
U.S. District Court, S.D.N.Y.
500 Pearl St., Room 2510
New York, NY 10007

  Re: In re: Calpine Corporation
     Mark Daley v. Calpine Corporation
     Case No. 1:08-cv-03880-(DAB)

Dear Judge Batts:

This firm represents Appellant Mark Daley and requests an extension of time of <u>two weeks</u> for the filing of Appellant's brief.

1. The original date Appellant's brief is due is May 12, 2008.

2. There has been no previous request for an extension of time.

3. Counsel for Appellee has consented to the requested extension.

Accordingly, it is requested that the deadline for Appellant's brief be <u>May 26, 2008</u>.

GRANTED /DAB/

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
cc: Anthony Casey, Esq. (by email) May 7, 2008

Respectfully submitted,

David Wander