USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9 May 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CALPINE CORPORATION, *ET AL.*, | ) |
| | ) Case No. 05-60200 (BRL) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |
| MARK DALEY, | ) |
| | ) Case No. 08-cv-03880 (DAB) |
| Appellant, | ) |
| v. | ) ECF Case |
| | ) |
| CALPINE CORPORATION, *ET AL.*, | ) |
| | ) |
| Appellees. | ) |

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Edward O. Sassower attorney for the Reorganized Debtors and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

Applicant's Name: Mark S. Lillie

Firm Name: Kirkland & Ellis

Address: 200 East Randolph Drive

City / State / Zip: Chicago, IL, 60601

Telephone / Fax: (312) 861-2000; (312) 861-2200

Email Address: mlillie@kirkland.com

is admitted to practice *pro hac vice* as counsel for the Reorganized Debtors in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

-2-

Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 9, 2008
New York, New York

                                           Deborah A. Batts
                                           United States District Judge