USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

9 May 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>CALPINE CORPORATION, *ET AL.*,<br><br>                     Reorganized Debtors.<br><br>MARK DALEY,<br><br>                     Appellant,<br>v.<br><br>CALPINE CORPORATION, *ET AL.*,<br><br>                     Appellees. | ) Chapter 11<br>)<br>) Case No. 05-60200 (BRL)<br>) Jointly Administered<br>)<br>)<br>) Case No. 08-cv-03880 (DAB)<br>)<br>) ECF Case<br>)<br>) |

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

      Upon the motion of Edward O. Sassower attorney for the Reorganized Debtors and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

      Applicant's Name: Anthony J. Casey

      Firm Name: Kirkland & Ellis

      Address: 200 East Randolph Drive

      City / State / Zip: Chicago, IL, 60601

      Telephone / Fax: (312) 861-2000; (312) 861-2200

      Email Address: acasey@kirkland.com

      is admitted to practice *pro hac vice* as counsel for the Reorganized Debtors in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

-2-

Filing (EFC) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 9, 2008
New York, New York

                                                      Deborah A. Batts
                                                      United States District Judge