

**WANDER & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 751-9700
FACSIMILE: (212) 751-6820
E-MAIL: dwander@wanderlaw.com



May 21, 2008

*By Hand*
Hon. Deborah A. Batts
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 2510
New York, NY 10007

    Re:    In re: Calpine Corporation
            Mark Daley v. Calpine Corporation
            Case No. 1:08-cv-03880-(DAB)

*MEMO ENDORSED*

Dear Judge Batts:

    This firm represents Appellant Mark Daley and requests an extension of time of <u>two days</u> for the filing of Appellant's brief, to <u>May 28th</u>.

    1. The original date Appellant's brief was due is May 12, 2008.

    2. There was one previous request for a two week extension of time to May 26th.

    3. Counsel for Appellee has consented to the requested extension.

    When I made the previous request for an extension, I neglected to take into account Memorial Day and the holiday weekend. Thus, I mistakenly requested the deadline be extended to Memorial Day. Although the FRCP may automatically extend the deadline one day, I am requesting an additional day, to Wednesday, May 28th, because of family commitments during the holiday weekend.

    [GRANTED /DAB/]

Respectfully submitted,

David Wander

**SO ORDERED**

cc: Anthony Casey, Esq. (by email)

*[signature: Deborah A. Batts]*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
May 21, 2008