# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Anthony J. Casey
To Call Writer Directly:
(312) 861-2418
acasey@kirkland.com

Facsimile:
(312) 861-2200

June 3, 2008

**Via Electronic Mail**

Hon. Deborah A. Batts
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

     Re:    *In re: Calpine Corporation, et al.*
              *Mark Daley v. Calpine Corporation*
              Case No. 1:08-cv-03880-(DAB)

Dear Judge Batts:

        Kirkland & Ellis LLP represents the appellee reorganized debtors ("Appellees") in the above-captioned matter. The Appellees request an extension of time of two weeks in which to file their brief in this appeal.

        1.     Appellant Daley filed his brief in support of appeal on May 28, 2008.

        2.     The original due date for Appellees' brief is June 12, 2008.

        3.     Appellees request an extension of two weeks, from June 12, 2008 to June 26, 2008, to file their brief.

        4.     There has been no previous request from Appellees for an extension of time.

        5.     Counsel for Appellant Daley has consented to the requested extension.

KIRKLAND & ELLIS LLP

Hon. Deborah A. Batts
June 3, 2008
Page 2

Accordingly, it is requested that the deadline for Appellees' brief be June 26, 2008. ] GRANTED /DAB

Sincerely,

*Anthony Casey/MRM*

Anthony J. Casey

AJC:sw

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
June 4, 2008