```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 30 Jun 08
```

**WANDER & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 751-9700
FACSIMILE: (212) 751-6820
E-MAIL: dwander@wanderlaw.com



June 25, 2008

<u>By Hand</u>
Hon. Deborah A. Batts
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 2510
New York, NY 10007

    Re:    In re: Calpine Corporation
             Mark Daley v. Calpine Corporation
             <u>Case No. 1:08-cv-03880-(DAB)</u>



Dear Judge Batts:

    This firm represents Appellant Mark Daley, and this is a request by both parties for an extension of the briefing schedule with respect to Appellee's brief and Appellant's reply brief.

1. The original date for Appellee's brief was June 12, 2008, and this was extended to June 26th.

2. Appellee requests that the deadline for its brief be extended to June 30th.  ] GRANTED /DAB/

3. Appellant requests that the deadline for its reply brief be July 17th. Counsel for Appellant will be on vacation from June 30th to July 6th.

4. Both parties consent to the respective requests.

                            Respectfully submitted,

                            David Wander

cc:  Anthony Casey, Esq. (by email)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
30 Jun 08